No. 85–1956. NATHAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1969. CITY OF OAKLAND v. OAKLAND RAIDERS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 85–1984. GRAHAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–1995. SHORTT ACCOUNTANCY CORP. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6337. DEJESUS v. PERALES, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6386. HOGAN ET AL. v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–6848. CHEATEM v. ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 85–6859. GRIFFIN v. AIKEN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6863. MOBLEY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–6866. PRUITT v. LANDMARK SAVINGS ASSN. ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–6869. CHICCO v. JOMAR REALTY, INC. C. A. 1st Cir. Certiorari denied.

No. 85–6870. THRASHER v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 85–6874. PLIES v. WILLS ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–6877. MIDWIFE v. TUCSON CITIZEN NEWSPAPER ET AL. C. A. 9th Cir. Certiorari denied.